In the Matter of WILLIAM W. RICH, an attorney at law.

For the order:  *Mr. George Warren.*

For the respondent:  *Mr. Frank S. Katzenbach, III.*

June 6, 1960.  Name of respondent stricken from roll of attorneys at law.  Opinion reported at 33 *N. J.* 74.